ACCEPTED
06-15-00108-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/20/2015 3:32:40 PM
DEBBIE AUTREY
CLERK

## No. 06-15-00108-CR

IN THE SIXTH DISTRICT COURT OF APPEALS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/20/2015 3:32:40 PM
DEBBIE AUTREY
Clerk

TEXARKANA, TEXAS

**ALEXANDER NATHANIEL BRENES,**
Appellant

v.

THE STATE OF TEXAS,
Appellee

Appeal from the 6th District Court of Lamar County, Texas
{*The Honorable William Harris Presiding*}

## FIRST AMENDED MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE COURT OF APPEALS:

NOW COMES DON BIARD, Movant, and brings this motion for leave to withdraw as counsel of record and to substitute the Hon. Michael Mowla as counsel of record and in support thereof would respectfully show the Court as follows:

1:      Movant was appointed to represent Alexander Nathaniel Brenes on appeal from his judgment adjudicating guilt for Possession of Marijuana.

2:      Good cause exists for withdrawal and substitution of counsel in that Appellant, Alexander Nathaniel Brenes, has retained attorney Michael Mowla,

**MOTION TO SUBSTITUTE APPELLATE COUNSEL—PAGE i**

State Bar No. 24048680, as counsel on appeal. Mr. Mowla's contact information is as follows:

Michael Mowla
445 E. FM 1382, No. 3-718
Cedar Hill, TX 75104
Tel: (972)795-2401

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Court allow counsel to withdraw and substitute Michael Mowla as counsel for Appellant.

Respectfully submitted,

_____
DON BIARD
State Bar No. 24047755

McLaughlin, Hutchison & Biard, LLP
38 First Northwest
Paris, Texas 75460
Tel: (903)785-1606
Fax: (903)785-7580
*Attorney Appointed for Appellant*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that a true and correct copy of *Motion to Substitute Counsel* has been served upon the Appellant and all other counsel as listed below by method of service indicated, on this, the 20th day of July, 2015.

_____
**DON BIARD**

Mr. Gary D. Young
Lamar County District Attorney

Via Email to gyoung@co.lamar.tx.us

Mr. Michael Mowla
Retained Counsel for Appellant

Via Email to michael@mowlalaw.com

Alexander Nathaniel Brenes
TDCJ No. 02006454

Via First Class and Certified Mail RRR
Joe F. Gurney Unit
1385 FM 3328
Tennessee Colony, TX 75803